UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TYRONE BLACK AND
EBONESS BLACK

VERSUS

LOWE'S HOME CENTERS, INC.

CIVIL ACTION

NO. 10-478-RET

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 22, 2010. Plaintiffs have filed an objection and defendants have filed a memorandum in opposition to the plaintiffs' objection, which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Remand (Rec. Doc. 4) filed by plaintiffs, Tyrone Black and Eboness Black, should is **DENIED** and defendant, Rob Davis, will be ignored.

Baton Rouge, Louisiana, November 17, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA